1

STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

2

HALLIE HOFFMAN (CABN 210020)

3

Chief, Criminal Division

4

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorneys

5

450 Golden Gate Avenue, Box 36055

6

San Francisco, California 94102-3495
Telephone: (415) 436-7200

7

FAX: (415) 436-7234
sailaja.paidipaty@usdoj.gov

8

Attorneys for United States of America

9

10

**FILED**

Jun 02 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

SAN FRANCISCO DIVISION

13

14

UNITED STATES OF AMERICA,

Plaintiff,

15

v.

16

17

ARNARDO DONEY MARTINEZ,
    a/k/a "Candas," "Canda," "Cana,"
    a/k/a Hernando Martinez Rodriguez,
    a/k/a Kevin Martinez,

18

19

Defendant.

20

NO.: 3:21-mj-70929 MAG

[PROPOSED] ORDER SEALING DOCUMENTS

21

Upon motion of the United States and good cause having been shown, IT IS HEREBY

22

ORDERED that the government's application for a sealing order, the sealing order, the Criminal

23

Complaint, the Arrest Warrant, and all attachments in the above-referenced matter, shall be filed under

24

seal until further order of the Court, except that the Clerk of Court shall provide copies of the sealed

25

documents to employees of the United States Attorney's Office.

26

The United States Attorney's Office is permitted to share these documents as necessary to

27

comply with its discovery obligations, and with the Drug Enforcement Administration and San

28

Francisco Police Department, which should be allowed to share the documents with other law

enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for use in investigation and prosecution.

IT IS SO ORDERED.

DATED: _June 1, 2021_____

_____
HON. LAUREL BEELER
United States Magistrate Judge