UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES

**Date:** September 28, 2021          **Time:** 1:59 – 2:03          **Judge:** William Alsup

= 4 minutes

**Case No.**: 21-cr-00334-WHA-1      **Case Name:** United States v. Arnardo Doney Martinez

**Attorney for Government:** Sailaja Paidpaty
**Attorney for Defendant:** Ruben Torres Munoz
**Defendant:** [X] Present  [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody  [ ] Not in Custody

**Deputy Clerk:** Tracy Geiger                    **Court Reporter:** Belle Ball
**Interpreter:** Melinda Basker                   **Probation Officer:** N/A

### PROCEEDINGS

1.  Initial Status Conference

### SUMMARY

Government counsel informed the Court that they have recently received discovery from state and will be providing that discovery and additional voluminous discovery to defense.

CASE CONTINUED TO: **December 7, 2021 at  2:00 P.M., for Further Status Conference**

-------------------------------------------------------------------------------------------------------------
**EXCLUDABLE DELAY: Government to prepare an exclusion order.**
Category:  Preparation of Counsel
Begins:  September 28, 2021
Ends:  December 7, 2021
-------------------------------------------------------------------------------------------------------------

( ) That the court determined that the court has approved restraints (where applicable).