STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CHRISTINA LIU (CABN 308362)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7199
    FAX: (415) 436-7234
    christina.liu@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>ARNARDO DONEY MARTINEZ,<br><br>    Defendant. | Case No. CR 21-00334 WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME |

    The parties in the above-captioned matter are scheduled for a status conference before the Court in the above-captioned matter on February 8, 2022 at 2:00 p.m.

    The parties stipulate and agree that the United States has produced discovery materials and is in the process of producing additional discovery materials to defense counsel. The United States has also provided defense counsel with an opportunity for case resolution. Defense counsel and defendant Arnardo Doney Martinez will need time to review these discovery materials and the opportunity for resolution, and to discuss defendant's next steps in the case.

    Thus, the parties stipulate and request that the February 8, 2022 status conference be continued to March 8, 2022.

    The parties also stipulate and request that the time period between February 8, 2022 through

1  March 8, 2022 be excluded under the Speedy Trial Act, because failure to grant the requested continuance
2  would unreasonably deny defense counsel the reasonable time necessary for effective preparation of
3  counsel, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The ends
4  of justice served by granting the requested continuance outweigh the best interest of the public and
5  defendant in a speedy trial and in the prompt resolution of criminal cases. *See id.* §§ 3161(h)(7)(A),
6  (B)(iv).

7        The undersigned Assistant United States Attorney certifies that she has obtained approval from
8  counsel for defendant to file this stipulation and proposed order.

11  Dated: February 4, 2022            STEPHANIE M. HINDS
12                                             United States Attorney

14                                             /s/
                                           CHRISTINA LIU
15                                             Assistant United States Attorney

17  Dated: February 4, 2022            /s/
                                           RUBEN MUNOZ
18                                             Counsel for Defendant
                                           Arnardo Doney Martinez

**[PROPOSED] ORDER**

Based upon the representations of counsel and for good cause shown, the Court finds that failing to exclude the time from February 8, 2022 through March 8, 2022 would unreasonably deny defense counsel and defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time from February 8, 2022 through March 8, 2022 from computation under the Speedy Trial Act outweigh the best interests of the public and defendant in a speedy trial. *See id.* § 3161(h)(7)(A).

Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from February 8, 2022 through March 8, 2022 shall be excluded from computation under the Speedy Trial Act. *See id.* §§ 3161(h)(7)(A), (B)(iv).

Furthermore, IT IS HEREBY ORDERED that the status conference set for February 8, 2022 at 2:00 p.m. is rescheduled to March 8, 2022 at 2:00 p.m.

IT IS SO ORDERED this _____ day of February 2022.

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge