1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  CHRISTINA LIU (CABN 308362)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7199
7      FAX: (415) 436-7234
       christina.liu@usdoj.gov
8
   Attorneys for United States of America
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,          )  Case No. CR 21-00334 WHA
                                       )
14       Plaintiff,                    )  STIPULATION AND [PROPOSED] ORDER TO
                                       )  EXCLUDE TIME
15     v.                              )
                                       )
16  ARNARDO DONEY MARTINEZ,            )
                                       )
17       Defendant.                    )
                                       )
    _____)
18

19       The parties in the above-captioned matter are scheduled for a status conference before the Court

20  in the above-captioned matter on April 26, 2022 at 2:00 p.m.  On April 25, 2022, the Court continued

21  the April 26, 2022 status conference to May 3, 2022 due to defendant's medical unavailability.

22       The parties stipulate and request that the time between April 26, 2022 and May 3, 2022 be

23  excluded under the Speedy Trial Act as a period of delay resulting from defendant's absence or

24  unavailability.  *See* 18 U.S.C. § 3161(h)(3)(A).

25  //

26  //

27  //

28  //

STIP. AND [PROP.] ORDER TO CONT. AND TO EXCL. TIME
CR 21-00334 WHA

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for defendant to file this stipulation and proposed order.

Dated: April 26, 2022                                  STEPHANIE M. HINDS
                                                       United States Attorney


                                                       ___/s/_____
                                                       CHRISTINA LIU
                                                       Assistant United States Attorney


Dated:  April 26, 2022                                 ___/s/_____
                                                       RUBEN MUNOZ
                                                       Counsel for Defendant
                                                       Arnardo Doney Martinez


                                **[PROPOSED] ORDER**

        Based upon the representations of counsel and for good cause shown, and with the consent of the parties, IT IS HEREBY ORDERED that the time between April 26, 2022 and May 3, 2022 shall be excluded from computation under the Speedy Trial Act as a result of defendant's absence or unavailability. *See id.* § 3161(h)(3)(A).

        IT IS SO ORDERED this __27th__ day of April 2022.


                                                       _____
                                                       THE HONORABLE WILLIAM ALSUP
                                                       United States District Judge


STIP. AND [PROP.] ORDER TO CONT. AND TO EXCL. TIME
CR 21-00334 WHA